UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HERMELINDA PALMA, an individual doing business as EL PRADO CLEANING SERVICES,<br><br>Defendants. | CASE NO. CV 06-4624 R (JWJ)x<br><br>[~~PROPOSED~~] ORDER FOR RENEWAL OF JUDGMENT<br><br>[NO HEARING REQUIRED] |

Judgment having been entered on December 5, 2006 in favor of Plaintiff/Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of, the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION

-1-

254522.1

TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA (hereinafter "TRUST FUNDS") and against Judgment Debtor, HERMELINDA PALMA, an individual doing business as EL PRADO CLEANING SERVICES (hereinafter "DEBTOR"), in the sum of $254,000.91 (hereinafter "JUDGMENT").

NOW, upon Application for Renewal of Judgment by TRUST FUNDS and upon declaration showing that DEBTOR has failed to satisfy the total amount of said JUDGMENT and are indebted to TRUST FUNDS.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the money Judgment against DEBTOR is renewed in the amount of $336,414.64 as follows:

|   |   |   |
|---|---|---|
| a. | Total Judgment | $254,000.91 |
| b. | Costs after Judgment | $ 0.00 |
| c. | Interest after Judgment computed through June 25, 2013 at 4.95% accruing at $34.45 per day | $ 82,413.73 |
| d. | Subtotal | $336,414.64 |
| e. | Less credits after JUDGMENT | ($ 0.00) |
| f. | Total Renewed Judgment | $336,414.64 |

DATED: June 27, 2013

*[signature]* Deputy Clerk

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

-2-